# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00040(1)-ADA |
| | § | |
| (1) EDUARDO LOEZA-VASQUEZ | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 31, 2026, wherein the defendant (1) EDUARDO LOEZA-VASQUEZ waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) EDUARDO LOEZA-VASQUEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) EDUARDO LOEZA-VASQUEZ 's plea of guilty to Count One (1) is accepted.

Signed this 15th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE